UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 16-10021-CR-MARTINEZ/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

ANDRES GEOVANNY ZAMBRANO GARCIA,

    Defendant.
_____/

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Amended Report and Recommendation on Counsel's CJA Voucher Request for Attorney's Fees regarding Criminal Justice Act Voucher 13C 0001141 issued by United States Magistrate Judge Lurana S. Snow, on March 24, 2017 [ECF No. 97]. Magistrate Judge Snow, recommends that this Court, grant the CJA Voucher 13C 0001141 and that Mario S. Cano, Esquire, be paid a total sum of **$12,330.69** based on the extended nature of the case. The parties were afforded the opportunity to file objections to the Report and Recommendation. The Court notes that Counsel for the defendant filed a Notice of Non-Objection [ECF No. 96] to the previous Report and Recommendation.

Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lura S. Snow's Amended Report and Recommendation [ECF No. 97], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of March, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

-2-

Copies provided to:
Magistrate Judge Snow
Mario S. Cano, Esq.
CJA Administrator